# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** as Subrogee of DK USA, INC., § § § **Plaintiff,** § § v. § § **CRST INTERNATIONAL, INC., CRST EXPEDITED, INC.,** and **ANTONIO TINSLEY, et al.** § § § § § **Defendants.** § | **NO.: 1:20-CV-1226-STA-jay** |

## ORDER

This matter is currently set for a non-jury trial beginning Monday, January 31, 2022, with the joint pretrial order due January 14, 2022, and the joint pretrial conference set for January 21, 2022. The parties are hereby notified that, at this time, the Court intends to proceed with those dates.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: January 4, 2022