# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE,
## EASTERN DIVISION

| | |
|---|---|
| **CINCINNATI INSURANCE COMPANY,** as Subrogee of DK USA, INC., | )<br>)<br>) |
| PLAINTIFF, | )<br>) |
| v. | ) CASE NO. 1:20-cv-01226-STA-jay<br>)<br>) |
| **CRST INTERNATIONAL, INC., CRST EXPEDITED, INC., and ANTONIO TINSLEY, A, B, C, D, E, and F** being a firm, person, partnership, corporation or other entities who owned, operated, maintained, employed or supervised the driver or tractor trailer truck at issue in this case. Plaintiff avers that the identities of the fictitious party Defendant(s) listed herein are otherwise unknown to Plaintiff at this time, or if known to Plaintiff at this time, the identities of such as proper party Defendants is not known to the Plaintiff at this time, but will be inserted by Way of Amendment when ascertained jointly and severally, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| DEFENDANTS. | )<br>) |

## AGREED FINAL ORDER OF DISMISSAL

As evidenced by the signatures of their respective counsel set forth below, the parties have agreed to compromise and settle all matters in controversy in this action. It is accordingly ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.

s/ S. Thomas Anderson
S. Thomas Anderson
Chief United States District Judge

Date:  January 21, 2022

Approved for Entry:


*/s/ Garry K. Grooms*
Garry K. Grooms (BPR #12647)
BURR & FORMAN LLP
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201
Telephone: (615) 724-3229
Fax: (615) 724-3329
E-mail:  ggrooms@burr.com

*Attorney for Defendants CRST International, Inc.,
CRST Expedited, Inc. and Antonio Tinsley*

*/s/ G. Randall Spear  w/permission by Garry K. Grooms*
G. Randall Spear (PHV)
Spear, Spear & Hamby, P.C.
169 Dauphin St. Suite #200
Mobile, AL 36602
*(251) 344-8181* Telephone
gae@sshlawpc.com

 *Attorney for Plaintiff Cincinnatti Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January, 2022, a true and correct copy of the foregoing **AGREED FINAL ORDER OF DISMISSAL** was served on the following via the Court's electronic case filing system (CM/ECF).

>G. Randall Spear
>Spear, Spear and Hamby, P.C.
>169 Dauphin St. Suite #200
>Mobile, AL 36602


>*/s/ Garry K. Grooms*
>Garry K. Grooms (BPR #12647)